**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Lynne Girard,<br><br>    Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>    Defendant. | No. CV-24-03503-PHX-DWL<br><br>**ORDER** |

      Pending before the Court is Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 2), which the Court denies.

      The Court cannot find that Plaintiff has established the level of financial need that would allow Plaintiff to proceed in forma pauperis. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) ("An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. . . . As this court has recognized, one need not be absolutely destitute to obtain benefits of the in forma pauperis statute. Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty.") (citations and quotation marks omitted).

      Plaintiff asserts that her spouse's monthly income is $5,000 and her monthly retirement income is $3,000, such that the marital community has a monthly income of $8,000, and she lists monthly expenses for her and her spouse that total $6,088, leaving a monthly surplus of nearly $2,000. (Doc. 2.) Thus, Plaintiff can "pay the court costs and

still afford the necessities of life." *Escobedo*, 787 F.3d at 1234.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 2) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff must pay the filing fee by January 13, 2025.

**IT IS FURTHER ORDERED** that the Clerk of Court, without further notice, shall dismiss this case without prejudice if Plaintiff fails to pay the filing fee by January 13, 2025.

Dated this 13th day of December, 2024.

Dominic W. Lanza
United States District Judge